## STATE OF ILLINOIS
### SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the eleventh day of May, 2015.

Present: Rita B. Garman, Chief Justice

Justice Charles E. Freeman      Justice Robert R. Thomas
Justice Thomas L. Kilbride      Justice Lloyd A. Karmeier
Justice Anne M. Burke      Justice Mary Jane Theis

On the twenty-eighth day of August, 2015, the Supreme Court entered the following judgment:

In re:

M.R.26754

Paul M. Weiss      Attorney
Complex Litigation Group LLC      Registration and
513 Central Avenue, Suite 300      Disciplinary
Highland Park, IL  60035-2639      Commission
     2008PR00116

The rule to show cause that issued to respondent Paul M. Weiss pursuant to Supreme Court Rule 774 on June 4, 2014, and continued until further order of Court on July 24, 2014, is enforced, and respondent is suspended from the practice of law effective immediately and until further order of the Court.

Order entered by the Court.

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

IN WITNESS WHEREOF, I have hereunto subscribed
my name and affixed the Seal of said Court, this
twenty-eighth day of August, 2015.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois